# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00517-CV

**Travis County Sheriff Greg Hamilton, Travis County Sheriff's Office Major Darren Long, and Travis County, Appellants**

**v.**

**Justin Thelen, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-GN-13-001258, HONORABLE PAUL R. DAVIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion requesting that this appeal be dismissed.

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Scott K. Field, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed on Appellants' Motion

Filed:  April 4, 2014